IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN COLEMAN, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 10-7421 |
| | : | |
| v. | : | |
| | : | |
| POTTSTOWN SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this **21st** day of **February 2012**, it is hereby **ORDERED** that Plaintiffs' Motion Amended Motion to Supplement the Record (ECF No. 30) is **GRANTED** in part and **DENIED** in part as follows:

1. The Court will allow the Plaintiff to supplement the record with the School District's Behavioral and Discipline Records (Ex. E), the January 7, 2009 email from Miller to Cohen (Ex. F), the Student's Workbook and Work Product (Ex. I), and the January 10, 2007 email from Rita Cohen to Judith Miller (Ex. J);
2. The Court will also allow Defendant's unopposed request to supplement the record with the July 23, 2009 Letter from Michael Coleman to Elizabeth Sullivan (Ex. H);
3. The Court will also allow Plaintiffs to supplement the record with Dr. Bloomfield's expert report provided that it is revised in accordance with the Court's Memorandum and Opinion.
4. The Court denies the addition of the following records: Emails between Michael Coleman and School District Personnel (Ex. G); Baltimore City Public School System

Progress Report from February 2006 (Ex. K); Baltimore City Public School System Specific Learning Disability Report (Ex. L); Student Profile (Ex. M); Baltimore City Public School System School Social Worker's Progress Reporting Form Dated 2/26/06 (Ex. N); and Testing Information Local System Testing Record (Ex. O).

It is further **ORDERED** that to the extent that a request for a hearing on this motion has been made by the parties, it is **DENIED** because there are no operative facts in dispute.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**