```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JEAN COLEMAN, ET AL., | : | CIVIL ACTION |
| | : | NO. 10-07421 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| POTTSTOWN SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **22nd** day of **November, 2013,** the following is **hereby ORDERED:**

(1) Plaintiffs' Motion to Amend and Correct their Proposed Findings of Fact and Conclusions of Law (ECF No. 53) is **DENIED**.

(2) The Decision of the Due Process Hearing Officer is **AFFIRMED in part** and **REVERSED in part.** The Court finds that Plaintiffs are time-barred from raising a complaint arising from events occurring prior to May 12, 2007 and Plaintiffs are not eligible for an exception to the IDEA's statute of limitations; thus the Hearing Officer's holding to the contrary is **REVERSED.** With regards to Plaintiffs' post May 12. 2007 claims, the Hearing Officer's judgment that Defendant did not deny Plaintiff R.J. a free and

appropriate education is, for the reasons stated in the attached memorandum, **AFFIRMED.**

**AND IT IS SO ORDERED.**

<u>**/s/ Eduardo C. Robreno**</u>
**EDUARDO C. ROBRENO,    J.**